UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. ADAMS, | 1:05-cv-00488-REC-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AS AMENDED** (Doc. 14), **DISMISSING ACTION, AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| vs. | |
| LARANCE, et al., | |
| Defendants. | |

Plaintiff, Robert K. Adams ("plaintiff"), is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 14, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On February 6, 2006, plaintiff filed objections to the Magistrate

1

Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.

The court concurs with the recommendation that dismissal of this <u>Bivens</u> action is required pursuant to <u>Heck v. Humphrey</u>. See <u>Martin v. Sias</u>, 88 F.3d 774, 775 (9th Cir. 1996)(<u>Heck v. Humphrey</u> applies to actions pursuant to <u>Bivens</u>).  However, the court amends the recommendation to delete all references therein to 42 U.S.C. § 1983 because Section 1983 applies only to acts under color of state law.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 14, 2006, are ADOPTED as amended herein;

2. This action is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  February 15, 2006**                   /s/ Robert E. Coyle
668554                                         UNITED STATES DISTRICT JUDGE